OWEN SAYE v. THE STATE.

No. 1699.     Decided April 10, 1912.

**Taking Watermelons—Recognizance—Jurisdiction.**

Where appellant did not enter into a recognizance during the term of the court in which he was convicted, but after adjournment entered into a so-called appeal bond, the Appellate Court had no jurisdiction of the appeal.

Appeal from the County Court of Franklin. Tried below before the Hon. G. E. Cowan.

Vol. LXVI Crim.—17.

Appeal from a conviction of unlawfully taking watermelons; penalty, a fine of $5.

The opinion states the case.

*L. W. Davidson,* for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

PRENDERGAST, Judge.—Appellant was prosecuted and convicted for unlawfully taking and carrying away from the farm of another, naming who it was, melons and fined $5.

He did not enter into any recognizance during the term of court, but six days after the court adjourned he entered into a bond giving sureties which was approved by the clerk and not by the court. Such proceeding does not give this court jurisdiction of the appeal. Terry v. State, recently decided wherein the authorities are cited.

The appeal will be dismissed.

*Dismissed.*